# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **Bennett Trucking, LLC, and** | CASE NO: __19-00488-5-DMW,__ |
| IN RE: | 19-00489-5-DMW |
| **Dennis Keith Bennett** | |
| DEBTOR(S) | ☑ Check if this is an amended filing |

# CHAPTER 11 POST-CONFIRMATION REPORT
# PURSUANT TO THE ORDER CONFIRMING PLAN

**REPORTING PERIOD COVERED:** ____ **01/2020-02/2020** ____

**DATE PLAN CONFIRMED:** _____ **9/17/2019** _____

**EFFECTIVE DATE OF PLAN:** _____ **10/16/2019** _____

**ESTIMATED CLOSING DATE:** _____ **2/15/2020** _____

---

I/We declare under penalty of perjury that the information contained in this report is true and correct to the best of my/our knowledge and belief.

**DEBTOR:**                              **JOINT DEBTOR:**

Printed Name: **Dennis Keith Bennett**    Printed Name: _____

Date: **04/08/2020** _____          Date: _____

Signature: _s/ Dennis Keith Bennett_      Signature: _____

Title (for Corporate Debtor): _____

---

I have read the information in this report and the information contained herein is true and correct to the best of my knowledge and belief:

**ATTORNEY FOR THE DEBTOR(S):**

Printed Name: **Samantha Y. Moore** ____    Date: **04/10/2020** ____

Signature: _s/ Samantha Y. Moore_ ____

---

*Penalty for making a false statement or filing a false report: Fine of up to $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571*

# PAYMENTS TO CREDITORS

Class 1 – (Creditor(s) in this Class: **Administrative Expense Claims** )

(a) Date payments commence to this Class: 10/16/2019

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 2,897.88**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

**Making payment arrangements by consent with creditor.**

Class 2 – (Creditor(s) in this Class: **Secured and Priority Tax Claims** )

(a) Date payments commence to this Class: 11/1/2019

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☑ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 0.25**

(e) Total amount paid this Quarter: **$ 3.60**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

**This represents full payment on this claim.**

<u>Class 3</u> – (Creditor(s) in this Class: **John Deere Financial** )

(a) Date payments commence to this Class: <u>11/1/2019</u>

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: <u>**$ 13,956.18**</u>

(e) Total amount paid this Quarter: <u>**$ 13,956.18**</u>

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<br><br><br><br><br><br>

<u>Class 4</u> – (Creditor(s) in this Class: **First Midwest Equipment Finance** )

(a) Date payments commence to this Class: <u>11/1/2019</u>

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: <u>**$ 1,074.42**</u>

(e) Total amount paid this Quarter: <u>**$ 1,074.42**</u>

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 5</u> – (Creditor(s) in this Class: **Financial Pacific Leasing** )

(a) Date payments commence to this Class: **11/1/2019**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,
☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 314.52**

(e) Total amount paid this Quarter: **$ 314.52**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<br><br><br><br><br>

<u>Class 6</u> – (Creditor(s) in this Class: **TCF Equipment Finance** )

(a) Date payments commence to this Class: **11/1/2019**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,
☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 1,431.28**

(e) Total amount paid this Quarter: **$ 1,431.28**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 7</u> – (Creditor(s) in this Class: **Stearns Bank, N.A.**                    )

(a) Date payments commence to this Class: **11/1/2019**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 255.92**

(e) Total amount paid this Quarter: **$ 255.92**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 8</u> – (Creditor(s) in this Class: **TD Auto Finance, LLC**                )

(a) Date payments commence to this Class: **11/1/2019**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 182.26**

(e) Total amount paid this Quarter: **$ 182.26**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 9 – (Creditor(s) in this Class: **JPMorgan Chase Bank, N.A.** )

(a) Date payments commence to this Class: 11/1/2019

(b) No payments due (if applicable): ☑ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

**Secured claim paid in full during the course of the bankruptcy through monthly payments.**

Class 10 – (Creditor(s) in this Class: **Ally Bank** )

(a) Date payments commence to this Class: 11/1/2019

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 760.72**

(e) Total amount paid this Quarter: **$ 760.72**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 11 – (Creditor(s) in this Class: **US Bank**                                    )

(a) Date payments commence to this Class: 11/1/2019

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,
☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 1,441.28**

(e) Total amount paid this Quarter: **$ 1,441.28**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 12 – (Creditor(s) in this Class: **Lilley Idealease, Inc.**                    )

(a) Date payments commence to this Class: 11/1/2019

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,
☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 536.90**

(e) Total amount paid this Quarter: **$ 536.90**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 13</u> – (Creditor(s) in this Class: **Sumitomo Mitsui Finance & Leasing**     )

(a) Date payments commence to this Class: <u>11/1/2019</u>

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: <u>**$ 4,529.66**</u>

(e) Total amount paid this Quarter: <u>**$ 3,708.38**</u>

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

> **Counsel for Debtor miscalculated amount of secured Claim of Class 13. Debtor made payment of shortage amount in April and is now current.**

<u>Class 14</u> – (Creditor(s) in this Class: **People's Bank**                    )

(a) Date payments commence to this Class: <u>11/1/2019</u>

(b) No payments due (if applicable): ☑ Paid in Full, ☐ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: <u>**$ 0.00**</u>

(e) Total amount paid this Quarter: <u>**$ 0.00**</u>

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

> **Secured claim paid in full during the course of the bankruptcy through monthly payments.**

<u>Class 15</u> – (Creditor(s) in this Class: **Twenty-One-Eighty Five, LLC** )

(a) Date payments commence to this Class: **11/1/2019**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 291.86**

(e) Total amount paid this Quarter: **$ 291.86**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<br>

<u>Class 16</u> – (Creditor(s) in this Class: **Harley Davidson Finance** )

(a) Date payments commence to this Class: **11/1/2019**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 572.16**

(e) Total amount paid this Quarter: **$ 572.16**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 17</u> – (Creditor(s) in this Class: **Eastern Bank** _____ )

(a) Date payments commence to this Class: **11/1/2019** _____

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 904.32** _____

(e) Total amount paid this Quarter: **$ 904.32** _____

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 18</u> – (Creditor(s) in this Class: **Stifel Bank** _____ )

(a) Date payments commence to this Class: **N/A** _____

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☑ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 0.00** _____

(e) Total amount paid this Quarter: **$ 0.00** _____

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 19 – (Creditor(s) in this Class: **Kabbage** )

(a) Date payments commence to this Class: **N/A**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,

☑ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 20 – (Creditor(s) in this Class: **Pearl Delta Funding, LLC** )

(a) Date payments commence to this Class: **11/1/2019**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 2,708.66**

(e) Total amount paid this Quarter: **$ 2,708.66**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 21</u> – (Creditor(s) in this Class: **Forward Financing, LLC**        )

(a) Date payments commence to this Class: **N/A**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,

☑ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 22</u> – (Creditor(s) in this Class: **Branch Banking & Trust Company**    )

(a) Date payments commence to this Class: **pursuant to loan docs**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 4,313.64**

(e) Total amount paid this Quarter: **$ 4,313.64**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 23</u> – (Creditor(s) in this Class: **Small Unsecured Claims** )

(a) Date payments commence to this Class: **1/16/2020**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 529.69**

(e) Total amount paid this Quarter: **$ 529.69**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 24</u> – (Creditor(s) in this Class: **General Unsecured Claims** )

(a) Date payments commence to this Class: **1/16/2020**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☑ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 10,000.00**

(e) Total amount paid this Quarter: **$ 10,000.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 25 – (Creditor(s) in this Class: **Equity Security Holders** )

(a) Date payments commence to this Class: **N/A**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☑ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter:

(e) Total amount paid this Quarter:

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☐ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<br/>

Class 26 – (Creditor(s) in this Class: )

(a) Date payments commence to this Class:

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter:

(e) Total amount paid this Quarter:

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☐ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

# PAYMENTS TO NON-CLASSIFIED CLAIMS

[✓] Check if this form is not applicable to the Debtor(s)

**A.) Name of Claimants:** _____

(a) Date payments commence to these creditors: _____

(b) No payments due (if applicable): [ ] Paid in Full, [ ] No Claim Owed

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other

(d) Total amount required to be paid this Quarter: _____

(e) Total amount paid this Quarter: _____

(f) Is the Debtor in compliance with the Plan with regards to these creditors? [ ] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

_____

**B.) Name of Claimants:** _____

(a) Date payments commence to these creditors: _____

(b) No payments due (if applicable): [ ] Paid in Full, [ ] No Claim Owed

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other

(d) Total amount required to be paid this Quarter: _____

(e) Total amount paid this Quarter: _____

(f) Is the Debtor in compliance with the Plan with regards to these creditors? [ ] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

_____

# PROPERTY SALE REPORT

(a) Does the Plan propose the sale or transfer of property? ☐ Yes ☑ No

(b) If Yes, please complete the following chart:

| Description of Property | Date Property Must be Sold | Date Property Sold |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(c) If the Debtor sold property during the quarter, please complete the following chart:

| Description of Property Sold | Date Property Sold | Gross Sale Proceeds | Net Sale Proceeds Paid to Debtor |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# PAYMENTS TO PROFESSIONALS

Please list any and all payments made to any and all professionals (e.g., attorney, accountant, realtor, etc.) during the reporting period, not otherwise disclosed in this report.

| Name of Professional | Date Payment Made | Amount Paid to Professional |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MATTERS PENDING

What other specific matters does the Court need to resolve prior to closing the case (e.g., adversary proceedings, claim disputes, filing fee applications, etc.)? Please indicate the nature of each matter, and an estimated time frame that these matters will be resolved:

**None.**

# CHAPTER 11 QUARTERLY FEES

***DISBURSEMENTS INCLUDE*:** Sum total of all disbursements from all of the Debtor's bank accounts – **and** – payments made on behalf of the Debtor. Disbursements do not include transfers between the Debtor's accounts. Quarterly fees are not prorated.

**Calculating the Fee:** Use the table on the following page to compute the Amount of Fee Due for each quarter. Payment of quarterly fees should be submitted to Debtor's attorney, and then Debtor's attorney should submit the payment through **www.pay.gov**.

## 1st Quarter:

|  | Disbursements made by Debtor | | Disbursements made on behalf of Debtor |
|---|---|---|---|
| Disbursements for January: | $ 48.20 | + | $ 1,391.44 |
| Disbursements for February: | $ 28.41 | + | $ 1,221.44 |
| Disbursements for March: | $ 0.00 | + | $ 0.00 |
| TOTAL: | $ 76.61 | + | $ 2,612.88 |

**TOTAL DISBURSEMENTS:**     $ 2,689.49

**Amount of Fee Due:**     $ 325.00

**Amount of Fee Paid:**     $ 325.00

| Total Disbursements for the Quarter | Amount of Fee Due |
|---|---|
| $0 to $14,999.00 | $325.00 |
| $15,000.00 to $74,999.99 | $650.00 |
| $75,000.00 to $149,999.99 | $975.00 |
| $150,000.00 to $224,999.99 | $1,625.00 |
| $225,000.00 to $299,999.99 | $1,950.00 |
| $300,000.00 to $999,999.99 | $4,875.00 |
| Total disbursements are equal to or greater than $1,000,000.00 | 1% of total disbursements or $250,000.00, whichever is less |